**Order entered December 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01133-CR

## THE STATE OF TEXAS, Appellant

## V.

## DARIN JOHNSON, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75869-V**

## ORDER

Before the Court is the State's December 20, 2019 second motion for extension of time to

file its brief. We **GRANT** the motion and **ORDER** the brief due on or before January 21, 2020.

/s/      LANA MYERS
            JUSTICE